UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:  CHARLES A GRAY                              §       Case No.: 09-29070
        PEGGY A DOHERTY                             §
                                                    §
        Debtor(s)                                   §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/07/2009.

2) This case was confirmed on 09/23/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/11/2011.

5) The case was converted on 01/18/2011.

6) Number of months from filing to the last payment:  15

7) Number of months case was pending:  19

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $  132,919.37

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 21,150.00 |
| Less amount refunded to debtor | $ 2,837.30 |
| **NET RECEIPTS** | $ 18,312.70 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,800.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,137.51 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,937.51 |
| Attorney fees paid and disclosed by debtor | $ 1,700.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL S | UNSECURED | 8,752.00 | 9,804.03 | 9,804.03 | 586.60 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 6,409.00 | 7,369.63 | 7,369.63 | 440.95 | .00 |
| BANK OF AMERICA HOME | SECURED | .00 | .00 | .00 | .00 | .00 |
| BMW FINANCIAL SERVIC | SECURED | 5,287.00 | 5,352.21 | 5,287.00 | 3,662.37 | 134.48 |
| COOK COUNTY TREASURE | SECURED | 1,270.85 | .00 | 1,270.85 | 1,270.85 | 15.69 |
| COUNTRYWIDE HOME LOA | SECURED | 164,433.00 | .00 | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 17,271.00 | 17,271.77 | 17,271.77 | 1,033.43 | .00 |
| AMERICAN EXPRESS | UNSECURED | 2,446.00 | 2,446.93 | 2,446.93 | 146.42 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,076.00 | 1,076.03 | 1,076.03 | 51.10 | .00 |
| AMERICAN EXPRESS | UNSECURED | 739.00 | 739.05 | 739.05 | 35.08 | .00 |
| AMERICAN EXPRESS | UNSECURED | 667.00 | 667.06 | 667.06 | 31.66 | .00 |
| AMERICAN EXPRESS | UNSECURED | 614.00 | NA | NA | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 30,857.00 | 31,956.62 | 31,956.62 | 1,912.08 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1,472.00 | 1,716.94 | 1,716.94 | 102.72 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 620.00 | 762.06 | 762.06 | 36.19 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 10,510.00 | 11,493.26 | 11,493.26 | 687.67 | .00 |
| BILL ME LATE | UNSECURED | 84.71 | NA | NA | .00 | .00 |
| BLATT HASENMILLER LE | OTHER | .00 | NA | NA | .00 | .00 |
| BMW FINANCIAL SERVIC | UNSECURED | NA | .00 | 64.92 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,597.00 | 2,686.22 | 2,686.22 | 160.73 | .00 |
| CORTRUST BANK | UNSECURED | 406.00 | 414.05 | 414.05 | 16.87 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 22,222.00 | 24,731.67 | 24,731.67 | 1,479.78 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,245.00 | 5,964.84 | 5,964.84 | 356.89 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT COR | UNSECURED | 3,236.00 | 3,236.52 | 3,236.52 | 193.67 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,106.00 | 3,106.85 | 3,106.85 | 185.90 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,320.00 | 1,320.83 | 1,320.83 | 70.83 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 421.00 | 596.69 | 596.69 | 35.70 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,441.00 | 1,621.24 | 1,621.24 | 86.96 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 641.00 | 856.23 | 856.23 | 51.23 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,218.00 | 1,606.50 | 1,606.50 | 86.14 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,958.00 | 2,110.45 | 2,110.45 | 113.17 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,128.00 | 7,584.55 | 7,584.55 | 453.80 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 6,787.00 | 7,788.36 | 7,788.36 | 466.00 | .00 |
| CREDIT PROTECTION AS | UNSECURED | 376.87 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 3,186.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 944.00 | 1,139.70 | 1,139.70 | 54.11 | .00 |
| EXXMBLCITI | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 2,860.00 | NA | NA | .00 | .00 |
| FIRST NATL BK OF MAR | UNSECURED | 983.00 | NA | NA | .00 | .00 |
| FREEDMAN ANSELMO LIN | OTHER | .00 | NA | NA | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 2,313.00 | 2,617.37 | 2,617.37 | 140.49 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 284.00 | 313.86 | 313.86 | 16.84 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,388.00 | 2,157.86 | 2,157.86 | 115.73 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 599.00 | 636.41 | 636.41 | 34.15 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 569.00 | 723.00 | 723.00 | 34.31 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 7,946.00 | 8,305.47 | 8,305.47 | 496.96 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,379.00 | 5,063.10 | 5,063.10 | 302.94 | .00 |
| HSBC BANK | UNSECURED | 2,067.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 477.00 | 548.10 | 548.10 | 32.79 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 395.00 | 571.00 | 571.00 | 34.16 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| DEPT STORES NATL BK/ | UNSECURED | 193.00 | 331.38 | 331.38 | 15.73 | .00 |
| MICHAEL D FINE | OTHER | .00 | NA | NA | .00 | .00 |
| MY CASH NOW | UNSECURED | 309.27 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | OTHER | .00 | NA | NA | .00 | .00 |
| NEXTCARD | UNSECURED | 5,468.00 | NA | NA | .00 | .00 |
| PLATINUM RECOVERY SO | OTHER | .00 | NA | NA | .00 | .00 |
| SHELL OIL CITIBANK | UNSECURED | 660.00 | NA | NA | .00 | .00 |
| STICKLY AUDI WELLS F | UNSECURED | 190.00 | NA | NA | .00 | .00 |
| US BANK NA/ND | UNSECURED | 2,793.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 332.00 | 462.11 | 462.11 | 15.89 | .00 |
| BMW BANK OF NORTH AM | UNSECURED | 2,815.00 | 2,943.67 | 2,943.67 | 176.13 | .00 |
| WELLS FARGO FINANCIA | SECURED | NA | 296.26 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 5,287.00 | 3,662.37 | 134.48 |
| All Other Secured | 1,270.85 | 1,270.85 | 15.69 |
| **TOTAL SECURED:** | 6,557.85 | 4,933.22 | 150.17 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 174,806.33 | 10,291.80 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,937.51 |
| Disbursements to Creditors | $ | 15,375.19 |
| **TOTAL DISBURSEMENTS:** | $ | 18,312.70 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/22/2011          /s/ Tom Vaughn
                           Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**